

**PORTLAND POLICE BUREAU**

**NARRATIVE TEXT HARDCOPY**

(0999-0 HOMICIDE)

GO# 2015-428911
OPEN (UNDER INVESTIGATION)*

## Narrative Text

| | |
|---|---|
| **Type** | NARRATIVE |
| **Subject** | FACEBOOK WARRANT. |
| **Author** | CLIFTON, BRAD E |
| **Related Date/Time** | MAY-11-2016 (WED.) 0800 |

**Victim(s) Mentioned:**

Polk, Kyle Evan
M/B, DOB 04/01/94
*Deceased

Matthew, Javonni
M/B, DOB 10/31/93

**Suspect(s) Mentioned:**

Rhodes, Ronald Clayton
M/B, DOB 12/12/84
Cell Phone: **503-869-4064**

Hernandez, Javier
M/H, DOB 06/17/96
Cell Phone: **360-843-9687**

Scholer, Cynthia A.
F/W, DOB 06/19/70
Cell Phone: **503-954-7196**


Lisa Ludwig

**EXHIBIT(S)**

1. Portland Police Property Evidence Receipt Number **A005197**
   Item 1: CD-R containing Cindie Scholer's facebook account
   Item 2: CD-R containing Ronnie Rhodes' facebook account
   Item 3: CD-R containing Javier Hernandez's facebook account

**NARRATIVE**

On April 13, 2016, I presented an affidavit in support of a search warrant to Multnomah County Circuit Court Judge Bronson James requesting to search the Facebook account of the following people: Cynthia Scholer, Ronald Rhodes, and Javier Hernandez. Judge James reviewed the affidavit and signed the search warrant. I submitted the search warrant to Facebook with a request to process the warrant within twenty days from the day of receipt. On May 2, 2016, I received the Facebook account information I requested for


Case 3:22-cr-00137-MC   Document 167-1   Filed 12/09/22   Page 2 of 4

**PORTLAND POLICE BUREAU**

NARRATIVE TEXT HARDCOPY

(0999-0 HOMICIDE)

GO# 2015-428911
OPEN (UNDER INVESTIGATION)*

the aforementioned subjects. I downloaded the information for each account onto a CD-R and submitted a copy into evidence on property evidence receipt number A005197. I examined each of the listed Facebook accounts and found the following information to be relevant to the Kyle Polk homicide investigation. It should be noted that I requested Facebook account information for each of the listed accounts from time period of January 1, 2015 to present. This report contains a brief summary of the content contained in the Facebook records for the aforementioned subjects. The complete records can be reviewed on CD-R's that were submitted into evidence on the listed property/evidence receipt.

**Cynthia Scholer:**

**Facebook Username: Cindie Lou (Sch)**

The information provided by Facebook shows the account for Cynthia Scholer was registered on 12/08/08 and lists her phone number as **503-954-7196** and shows her current city to be Vancouver, WA. I examined the records Facebook provided for Cynthia Scholer's Facebook page and noted that she had numerous chats with Ronnie Rhodes where it was apparent based on the context of the chats that the two of them were in a relationship and had lived together. On March 19, 2016, where Ronnie Rhodes messages Cynthia Scholer and says, "Baby i want to come home." Cynthia Scholer responds back to Rhodes with, "Why," and the chat continues.

**Ronald Rhodes:**

**Facebook Username: Ronnie Rhodes**

The information provided by Facebook shows the account for Ronanld Rhodes was registered on 10/19/11 and lists his phone number as 503-568-9137 and shows his current city to be Salem, Oregon. I examined the records Facebook provided for Ronald Rhodes Facebook paged and observed his account to have chats with Cynthia Scholer. I also observed Ronald Rhodes to have posted a photo of himself dated 04/13/16. The photo shows Rhodes wearing a Polo vest that is the same style of vest that Javier Hernandez was wearing at the Panda Express on December 17, 2015. Based off the photos on Ronald Rhodes Facebook page and information I received from a prior investigation involving Rhodes I queried his Facebook account information for references to the Hoover gang. Rhodes made reference in his chats to Hoover, for example, on 03/24/16, Rhodes ends a chat with "on hoover." Based on my training and experience I know when a gang member states this that they are expressing that they are serious and want the person to know they are telling the truth. On 08/17/15 Rhodes chatted with a female named Samantha Lamont and stated, "Hoover will all was be me." I queried Rhodes Facebook page for any references to Javier Hernandez or his Facebook page name, Stoney Flyckoon and found several chats where the name "Stoney" is mentioned. On 01/28/16 Rhodes received a message from "Jerry Rice" who messaged the following, "Aye grxxv I heard the nigga Stoney was a snitch these niggas that caught a case wit him in Vdubb said he told. Back when he use to wanna be from 60's I'm tryna get the little nigga to send me the work right now. Idk how true it is but Ima figure this shit out". In the same string of messages regarding Stoney being a snitch Jerry Rice messaged, "the bitch diamond bolden the nigga Tony is her brother and she used to kick it wit that nigga Javi all the



**PORTLAND POLICE BUREAU**

**NARRATIVE TEXT HARDCOPY**

(0999-0 HOMICIDE)

GO# 2015-428911
OPEN (UNDER INVESTIGATION)*

---

time...." I also located chats between Ronnie Rhodes and a Alsama Stewart. On 08/19/15 Stewart messaged Rhodes asking for his phone number, Rhodes messaged back, **"5038694064."**


**Javier Hernandez:**

**Facebook Username: Stoney Flyckoon**

The information provided by Facebook shows the account for Javier Hernandez was registered on 11/22/10 and lists his phone number as **360-843-9687** and shows his current city to be Los Angeles, California. I queried Hernandez's page for references to the Hoover gang based on photos I found of him wearing Houston Astros attire and flashing the Hoover gang sign with his hands. Hernandez made numerous references to Hoover in his Facebook messages, for example, on 03/01/16 Hernandez messaged someone by the name of Foxyy Brown and said the following, "Yeah baby im from hoover lol." Hernandez states later in the same string of chats, "...especially because I'm from Hoover...". On 08/23/15 Herndanez messaged someone by the name of Crash Bandicoot the folllowing, "shit wit my nigga ben in the town with the hoovers lol." On 12/02/15 Hernandez messages someone by the name of Qweezy Hogglife and states, "Westside hoover nigga where you from". On 10/22/15 Hernandez messages someone by the name of D-bullie Bullie the following, "Call me asap from the Uz we from hoover we fuck wit yall call me1 360-843-9687." I queried Hernandez's page for reference to guns and located several messages mentioning guns. On 08/23/15 Hernandez and someone by the name of Upton O'Good exchanged messages and Hernandez stated the following, "I got a lick what's let me use it and I'll give U a gun fee after its said an done." During this string of messages Hernandez and Upton O'Good discuss and plan to rob someone for drugs. On 07/23/15 Hernandez and someone by the name of Richard Gunny Howard exchange messages and Howard messages, "What's that revolver thang looking like? You know what we wa talking about at my house the other night." On 08/23/15 Hernandez messages Howard the following, "Who need a smack," " Smack .30 compact baby it bust." The string of messages continues between the two of them where Hernandez says its a pistol and he is trying to sell it today. I also located several references in Hernandez messages where he spoke about selling drugs, specifically Xanax, heroin, molly, etc. On 11/22/15 Hernandez messaged someone by the name of Herbert Sannicolas the following, "Thats nothing tho lol thats change I sell 80 for 400 almost everyday." On 03/01/16 Hernandez tells a Foxyy Brown, "...I be in the fast lane sellin real dope for fiens so I be out day an night you know..." During the same string of messages Hernandez states the following, "...I out sun to sun down on 82 from Fremont to favel trappppppin an when say that my phone booms till like 1-2am sellin herion an crack lol thats all i do at the tic toc ..." On 12/25/15 Hernandez tells someone by the name of Chanel Carter the following, "Oh okay well look imma be in town till the 26th and im going back to salem id loolve to goo have a drink with you..."

---

Produced Pursuant to Protective Order

HCG_POLK_0001285



**PORTLAND POLICE BUREAU**

NARRATIVE TEXT HARDCOPY

(0999-0 HOMICIDE)

GO# 2015-428911
OPEN (UNDER INVESTIGATION)*



*** END OF HARDCOPY ***

Produced Pursuant to Protective Order

HCG_POLK_0001286