AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means

☐ Original   ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
### for the
### District of Oregon

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No. 19-mc-917 G
Information associated with Facebook User ID )
Stoney Fly, as set forth in Attachment A )
)

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the ____Northern____ District of ____California____
*(identify the person or describe the property to be searched and give its location)*:

Information associated with the Facebook user ID Stoney Fly that is stored at premises owned, maintained, controlled, or operated by Facebook, a company headquartered in Menlo Park, California, as described in Attachment A hereto.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

The information and items set forth in Attachment B hereto.

**YOU ARE COMMANDED** to execute this warrant on or before ____Nov. 11, 2019____ *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m. ☒ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ____U.S. Magistrate Judge Youlee Yim You, via Clerk____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*  ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: __Oct. 28, 2019  2:40__   _____[signature]_____
                                                       *Judge's signature*

City and state:  Portland, Oregon           Youlee Yim You, United States Magistrate Judge
                                             *Printed name and title*

**EXHIBIT B - Page 1 of 13**

Produced Pursuant To Protective Order

HCG_POLK_0014176

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| Return | | |
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name(s) of any person(s) seized: | | |

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

Produced Pursuant To Protective Order    HCG_POLK_0014177

## ATTACHMENT A

### Property to Be Searched

This warrant applies to information associated with the following Facebook profiles:



User: Ronald Rhodes
Username: Ronnie Rhodes
Account Number: 100003058372171
URL: https://www.facebook.com/ronnie.rhodes.589

User: Javier Hernandez
Username: Stoney Fly
Account Number: 100001862296074
URL: https//www.facebook.com/javier.hernandez.18041092

User: Lorenzo Jones
Username: Lorenzo Jones
Account Number: 101333170005688
URL: https//www.facebook.com/lorenzo.jones.564

Attachment A

1 of 3
USAO Version Rev. July 2015

Produced Pursuant To Protective Order                                    HCG_POLK_0014178



Such information is stored at premises owned, maintained, controlled, or operated by Facebook Inc., a company headquartered in Menlo Park, California.

**Pursuant to the preclusion of notice provisions of 18 U.S.C. § 2705(b), Facebook, Inc. shall not disclose the existence of this search warrant or the search of the above-referenced Facebook user ID's to any person or entity, except that Facebook may disclose**

Attachment A

2 of 3
USAO Version Rev. July 2015

EXHIBIT B - Page 4 of 13

Produced Pursuant To Protective Order                                HCG_POLK_0014179

the attached warrant to an attorney for Facebook for the purpose of receiving legal advice, and Facebook shall disable or pre-empt any automatic notifications or similar processes relating to the above-captioned Facebook user ID's that may cause the existence of this search warrant and the search of the Facebook user ID's to be disclosed outside of Facebook, Inc.

Attachment A

3 of 3
USAO Version Rev. July 2015

Produced Pursuant To Protective Order     HCG_POLK_0014180

## ATTACHMENT B

### Particular Things to Be Seized

I. **Information to Be Disclosed by Facebook**

    A.    To the extent that the information described in Attachment A is within the possession, custody, or control of Facebook Inc. ("Facebook"), regardless of whether such information is located within or outside of the United States, including any messages, records, files, logs, or information that have been deleted but are still available to Facebook, or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Facebook is required to disclose the following information to the government for each user ID listed in Attachment A:

    i. All contact and personal identifying information, including full name, user identification number, birth date, gender, contact email addresses, Facebook passwords, Facebook security questions and answers, physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers.)

    ii. All activity logs for the account and all other documents showing the user's posts and other Facebook activities.

    iii. All photos and videos uploaded by that user ID and all photos and videos uploaded by any user that have that user tagged in them, including Exchangeable Image File ("EXIF") data and any other metadata associated with those photos and videos.

    iv. All profile information; News Feed information; status updates; links to videos, photographs, articles, and other items; Notes; Wall postings; friend lists, including the friends' Facebook user identification numbers; groups and networks of which

Page 1 – Attachment B                                                 USAO Version Rev. Sept. 2019

Produced Pursuant To Protective Order      HCG_POLK_0014181

the user is a member, including the groups' Facebook group identification numbers; future and past event postings; rejected "Friend" requests; comments; gifts; pokes; tags; and information about the user's access and use of Facebook applications.

v. All records or other information regarding the devices and internet browsers associated with, or used in connection with, that user ID, including the hardware model, operating system version, unique device identifiers, mobile network information, and user agent string.

vi. All other records of communications and messages made or received by the user, including all private messages, chat history, video calling history, and pending "Friend" requests.

vii. All "check ins" and other location information.

viii. All IP logs, including all records of the IP addresses that logged into the account and records of all intra-sessions login IP addresses.

ix. All physical location data collected by Facebook for the user of the account, including any data collected by Facebook's location services via the user's mobile phone or other device

x. All records of the account's usage of the "Like" feature, including all Facebook posts and all non-Facebook webpages and content that the user has "liked."

xi. All information about the Facebook pages that the account is or was a "fan" of.

xii. All past and present lists of friends created by the account.

xiii. All records of Facebook searches performed by the account.

xiv. All information about the user's access and use of Facebook Marketplace.

Page 2 – Attachment B                                    USAO Version Rev. Sept. 2019

Produced Pursuant To Protective Order                    HCG_POLK_0014182

xv. The types of service utilized by the user.

xvi. The length of service (including start date) and the means and source of any payments associated with the service (including any credit card or bank account number).

xvii. All privacy settings and other account settings, including privacy settings for individual Facebook posts and activities, and all records showing which Facebook users have been blocked by the account.

xviii. All records pertaining to communications between Facebook and any person regarding the user or the user's Facebook account, including contacts with support services and records of actions taken.

xix. Records of any Facebook accounts that are linked to the account by machine cookies (meaning all Facebook user IDs that logged into Facebook by the same machine as the Account), including:

   (a) Names (including subscriber names, Facebook user IDs, and screen names);

   (b) Addresses (including mailing addresses, residential addresses, business addresses, and e-mail addresses);

   (c) Local and long distance telephone connection records;

   (d) Records of session times and durations, and the temporarily assigned network addresses (such as Internet Protocol ("IP") addresses) associated with those sessions including intra-session login IP addresses;

   (e) Length of Service (including start date) and types of service utilized;

Page 3 – Attachment B                                                USAO Version Rev. Sept. 2019

Produced Pursuant To Protective Order                          HCG_POLK_0014183

  (f) Telephone or instrument numbers (including MAC addresses);

  (g) Other subscriber numbers or identities (including temporarily assigned network addresses and registration IP addresses).

 B. Facebook is hereby ordered to disclose the above information to the government within 14 days of issuance of this warrant.

## II. Information to Be Seized by the Government

 A. All information described above in Section I that constitutes evidence of violations of Conspiracy to Participate in Racketeering Activity, in violation of 18 U.S.C. § 1962(d), and Violent Crime in Aid of Racketeering, in violation of Title 18 U.S.C. § 1959, for the time periods as follows:



Page 4 – Attachment B            USAO Version Rev. Sept. 2019

Produced Pursuant To Protective Order      HCG_POLK_0014184



User: Ronald Rhodes
Username: Ronnie Rhodes
Account Number: 100003058372171
URL: https://www.facebook.com/ronnie.rhodes.589
**From December 20, 2012, through the date of the execution of the search warrant**

User: Javier Hernandez
Username: Stoney Fly
Account Number: 100001862296074
URL: https//www.facebook.com/javier.hernandez.18041092
**From October 16, 2014, through the date of the execution of the search warrant**

User: Lorenzo Jones
Username: Lorenzo Jones
Account Number: 101333170005688
URL: https//www.facebook.com/lorenzo.jones.564
**From May 13, 2012, through the date of the execution of the search warrant**



Page 5 – Attachment B                                   USAO Version Rev. Sept. 2019

Produced Pursuant To Protective Order                                   HCG_POLK_0014185



Page 6 – Attachment B                                          USAO Version Rev. Sept. 2019

Produced Pursuant To Protective Order                          HCG_POLK_0014186

for each account listed in Attachment A pertaining to the following matters:

    i. Evidence which constitutes indicia of membership in, or association with, a criminal racketeering enterprise, that is, the Hoover Criminal Gang;

    ii. Evidence which links the members and associates of the criminal racketeering enterprise with its underlying offenses;

    iii. Evidence which establishes the underlying offenses which the criminal racketeering enterprise is engaged in;

    iv. Evidence indicating how and when the Facebook account was accessed or used, to determine the chronological and geographic context of account access, use, and events relating to the crime under investigation and to the Facebook account owner.

    v. Records relating to who created, used, or communicated with the user ID, including records about their identities and whereabouts.

    vi. Evidence indicating the Facebook account owner's or user's state of mind as it relates to the crime under investigation.

    vii. The identity of the person(s) who communicated with the user ID (about matters relating to (describe relevant offense conduct)), including records that help reveal their whereabouts.

## III. Search Procedure

    A.    The warrant will be executed under the Electronic Communications Privacy Act, in particular 18 U.S.C. § 2703(a), (b)(1)(A), and (c)(1)(A), and will require Facebook to disclose to the government copies of the records and other information (including the content of communications) particularly described in Section I of this attachment.

Page 7 – Attachment B      USAO Version Rev. Sept. 2019

Produced Pursuant To Protective Order      HCG_POLK_0014187

B.   During its review of the information received from Facebook under this warrant, law enforcement will segregate the information into two groups: (i) information that is responsive to the warrant and that the government may therefore seize; and (ii) information that is not responsive to the warrant. This review will be performed within a reasonable amount of time not to exceed 180 days from the date of execution of the warrant. If the government needs additional time to conduct this review, it may seek an extension of the time period from the Court.

C.   Information that is responsive to the warrant will be copied onto a separate storage device or medium. Responsive information may be used by law enforcement in the same manner as any other seized evidence. Information that is not responsive to the warrant will be sealed and stored on a secure medium or in a secure location. Nonresponsive information will not be reviewed again without further order of the Court (e.g., subsequent search warrant or order to unseal by the district court).

D.   The government will retain a complete copy of the information received from Facebook for a number of reasons, including proving the authenticity of evidence to be used at trial, responding to questions regarding the corruption of data, establishing the chain of custody of data, refuting claims of fabricating, tampering, or destroying data, and addressing potential exculpatory evidence claims where, for example, a defendant claims that the government avoided its obligations by destroying data or returning it to a third party.

Produced Pursuant To Protective Order

HCG_POLK_0014188